# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00025                                                                September 4, 2007
                                                                           2:15 p.m.

### UNITED STATES OF AMERICA -V- JOSEPH VINCENT SANTOS

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           COLIN THOMPSON, ATTORNEY FOR DEFENDANT
           JOSEPH VINCENT SANTOS, DEFENDANT

PROCEEDINGS:   **WAIVER OF INDICTMENT; FILING OF INFORMATION AND ENTRY OF PLEA**

Defendant appeared with counsel, Attorney Colin Thompson. Government was represented by Craig Moore, AUSA.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver of Indictment and Plea.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Defendant waived reading of the Information.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered that a Presentence Investigation Report be submitted by Tuesday,

November 6, 2007 and that the **Sentencing hearing be set for Tuesday, December 11, 2007 at 9:00 a.m.**

Government moved that the defendant could be released on a $5,000 personal bail bond with conditions. Attorney Thompson moved for release on an unsecured bond and conditions.

Court made several inquiries of the defendant regarding his personal income and property.

Court ordered that the defendant be released on the following conditions:

1. That the defendant post a $10,000 secured bond;

2. That the defendant be allowed to travel between Guam and Saipan for court appearances or other legal matters. While on Guam, the defendant will surrender his passport to the U.S. Probation Office;

3. That the defendant refrain from possession of a firearm, destructive device, or other dangerous weapon, as defined by federal, state, or local law;

4. The defendant shall avoid contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution;

5. That the defendant refrain from any use of alcohol;

6. Refrain from use or unlawful possession of a narcotic drug or other substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner licensed in the CNMI or Guam;

7. That the defendant shall maintain residence and not relocated without prior permission from the Court;

8. That the defendant shall not leave the islands of Guam and Saipan without written permission of the Probation Officer; and

9. That the defendant give a map to the U.S. Marshal indicating the location of his current residence.

Court ordered that the defendant be remanded into the custody until further order of the Court.

                                                    Adjourned at 3:00 p.m.

                                                    /s/K. Lynn Lemieux, Courtroom Deputy