UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH VINCENT SANTOS, <br><br> Defendant. | Case No.: CR 07 - 00025 <br><br> WAIVER OF INDICTMENT <br><br> FILED <br> Clerk <br> District Court <br><br> SEP - 4 2007 <br><br> For The Northern Mariana Islands <br> By_____ <br> (Deputy Clerk) |

I, JOSEPH VINCENT SANTOS, understand that I am being accused of Mail Fraud in violation of 18 U.S.C. §§ 1341. I have also been advised that this charge is a felony offense and that the Fifth Amendment to the Constitution of the United States provides that no such charge may be filed unless first presented to, considered by, and voted upon by a grand jury. Having been so advised and after consulting with my counsel, I hereby knowingly, voluntarily, and intelligently waive my right to have the charge against me presented to the grand jury. I also knowingly, voluntarily, and intelligently consent to the filing of and proceeding upon an Information setting forth the charge against me in this case on this ___ day of _____, 2007.

_____  _____
JOSEPH VINCENT SANTOS        COLIN THOMPSON
Defendant                    Counsel for Defendant

_9/4/07_____         _9/4/07_____
Date                         Date