F I L E D
Clerk
District Court

SEP - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: 07-00025 |
| ) | |
| Plaintiff, ) | **ORDER ACCEPTING** |
| ) | **WAIVER OF INDICTMENT** |
| v. ) | |
| ) | |
| JOSEPH V. SANTOS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having advised the Defendant in open Court of his right to have the charges in this case presented to and considered by a grand jury; and further having considered Defendant's answers to the Court's questions in open Court about whether he wishes to waive that right; the representations made by counsel for Defendant; and the written waiver of that right signed by Defendant; and further being satisfied that Defendant, after consultation with counsel, understands that right and the consequences of waiving it;

The Court finds that Defendant has made a knowing, voluntary, and intelligent waiver of his right to have the charges in this matter presented to and considered by a grand jury and that he knowingly, voluntarily, and intelligently consents to the filing of the Information and to further proceedings thereon.

_____
ALEX R. MUNSON
United States District Court Judge

Date: 9-4-07

1