F I L E D
Clerk
District Court

SEP - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 07-00025 |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING SENTENCING DATE |
| JOSEPH VINCENT SANTOS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **November 6, 2007.** Sentencing is scheduled for **Tuesday, December 11, 2007** commencing at the hour of nine o'clock a.m.

DATED this 4th day of September, 2007.

*/s/ Alex R. Munson*
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)