Colin M. Thompson, Esq.
THOMPSON LAW OFFICE, LLC
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0076

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-00025 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| vs. ) | SENTENCING HEARING |
| ) | |
| JOSEPH V. SANTOS. ) | |
| ) | Date: December 11, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Alex R. Munson |

**COMES NOW**, Colin M. Thompson on behalf of the Defendant, Joseph V. Santos and Craig N. Moore from United States Attorney's Office on behalf of the Plaintiff, United States of America, to stipulate, that the Sentencing hearing presently scheduled for **December 11, 2007** at **9:00 a.m.** shall be continued to **January 3, 2008** at **9:00 a.m.** Accordingly, the due date for the Pre-Sentence Report will also be continued. United States Probation will submit their report no later than November 20, 2007.

Respectfully submitted by:

/s/
**COLIN M. THOMPSON, ESQ.**
Attorney for Defendant

/s/
**CRAIG N. MOORE, ESQ.**
Assistant United States Attorney