FILED
Clerk
District Court

OCT 24 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH V. SANTOS,<br><br>Defendant. | Criminal Action No. 07-00025<br><br><br>Order Continuing Sentencing |

Craig N. Moore
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
J.E. Tenorio Building
Saipan, M9 96950

Pursuant to the Stipulation filed by both parties on October 23, 2007, it is HEREBY ORDERED that the Sentencing presently scheduled for December 11, 2007, is continued to Thursday, January 3, 2008, at 9:00 a.m., and the Pre-Sentence Report shall be submitted no later than Tuesday, November 20, 2007.

Dated this 24th day of October, 2007.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)