Colin M. Thompson, Esq.
THOMPSON LAW OFFICE, LLC
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0076

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH V. SANTOS.<br><br>　　　　Defendant. | ) Criminal Case No. 07-00025<br>)<br>)<br>) **STIPULATION TO CONTINUE**<br>) **SENTENCING HEARING**<br>)<br>)<br>) Date: January 3, 2007<br>) Time: 9:00 a.m.<br>) Judge: Hon. Alex R. Munson |

　　　COMES NOW, Colin M. Thompson on behalf of the Defendant, Joseph V. Santos and Craig N. Moore from United States Attorney's Office on behalf of the Plaintiff, United States of America, to stipulate, that the Sentencing hearing presently scheduled for **January 3, 2008** at **9:00 a.m.** shall be continued to **January 23, 2008** at **8:00 a.m.**

　　　Respectfully submitted by:


_____/s/_____　　　　_____/s/_____
**COLIN M. THOMPSON, ESQ.**　　　　　**CRAIG N. MOORE, ESQ.**
Attorney for Defendant　　　　　　　　Assistant United States Attorney