FILED
Clerk
District Court

DEC 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-00025 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER DENYING |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING DATE |
| JOSEPH V. SANTOS, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

THIS MATTER is before the court on the stipulation of the parties to continue the sentencing date from January 3, 2008, to January 23, 2008.

Because no reason was given for the continuance, the motion is denied.

DATED this 20th day of December, 2007.

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)