Colin M. Thompson, Esq.
THOMPSON LAW OFFICE, LLC
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0076

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00025 |
| Plaintiff, | STIPULATION TO CONTINUE |
| vs. | SENTENCING HEARING |
| JOSEPH V. SANTOS. | Date: January 3, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Alex R. Munson |

**COMES NOW**, Colin M. Thompson on behalf of the Defendant, Joseph V. Santos and Craig N. Moore from United States Attorney's Office on behalf of the Plaintiff, United States of America, to stipulate, that the Sentencing hearing presently scheduled for **January 3, 2008 at 9:00 a.m.** shall be continued to **January 23, 2008** at **8:00 a.m.** One reason for this continuance is that defendant's counsel is scheduled to be off-island on the date of the hearing, subject to Court approval of this stipulation. Counsel for the United States will be leaving island after the 3rd, returning on or about January 20, 2008. Secondly, both parties submitted comments to the United States Probation Office regarding the Pre-Sentence Report. As of this time, the U. S. Probation Office has yet to finalize the Pre-Sentence Report. Counsel has advised the U.S. Probation Office of the parties request for a continuance of the sentencing hearing, to which the U.S. Probation Office had no objection. Finally, the defendant anticipates the need for additional time to prepare for the sentencing hearing. For these

reasons, the parties respectfully request a continuance of the sentencing hearing until **January 23, 2008** at **8:00 a.m.**

Respectfully submitted by:

/s/
**COLIN M. THOMPSON, ESQ.**
Attorney for Defendant

/s/
**CRAIG N. MOORE, ESQ.**
Assistant United States Attorney