FILED
Clerk
District Court

DEC 28 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-00025 |
| ) | |
| Plaintiff ) | |
| ) | ORDER GRANTING |
| v. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE |
| JOSEPH V. SANTOS, ) | |
| ) | |
| Defendant ) | |

GOOD CAUSE having now been shown,

IT IS ORDERED that the sentencing in this matter is re-scheduled from January 3, 2008, to **January 23, 2008, at 8:00 a.m.**

DATED this 28th day of December, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)