UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

******************************************************************************

CR- 07-000025-001                                                      January 23, 2008
                                                                       8:10 a.m.

### UNITED STATES OF AMERICA -v- JOSEPH VINCENT SANTOS

PRESENT:    HON. ALEX R. MUNSON, Chief Judge Presiding
            SANAE SHMULL, Court Reporter
            TINA MATSUNAGA, Deputy Clerk
            CRAIG MOORE, Assistant U. S. Attorney
            COLIN THOMPSON, Counsel for Defendant
            JOSEPH VINCENT SANTOS, Defendant

PROCEEDING:    **SENTENCING**

Defendant was present with his counsel, Attorney Colin Thompson. Government by Craig Moore, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

Court announced to all parties that, after reviewing the presentence investigation report, the Court was not prepared to go forward with sentencing and would very likely sentence the defendant outside the advisory guideline range unless a determination was made as to whereabouts of the money taken.

The Court ordered the Probation Office to research: when the bank accounts were closed and what the balance was at that time, and to make a determination of where the $500,000.00 is today, or if was spent, how was the money spent, the types of items purchased such as furniture, etc. The Court stated that a determination should be made as to where the $50,000 bond posted at the CNMI Superior Court and the $10,000 bond posted in this Court had come from.

The Court stated to the parties that it needed more information before it can impose sentence on the defendant.

Craig Moore, Assistant U.S. Attorney had no objection to the Court's findings and offered to assist the U.S. Probation with the Court's requests. Attorney for defendant, Colin Thompson also had no objection to the Court's findings.

The Court questioned the defendant as to his acceptance of the plea agreement in spite of the changes made to the possible sentence of defendant. The defendant advised the Court of his understanding and acceptance of the plea agreement and requested to continue with the proceedings.

The Court determined that the defendant knowingly and intelligently acknowledged his understanding as to the maximum penalty of 20 years imprisonment and a one million dollar fine.

The Court continued the **Sentencing Hearing** to **Tuesday, February 26, 2008 at 9:00 a.m.**

Adj. 8:25 a.m.


/s/ Tina Matsunaga, Deputy Clerk