F I L E D
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-00025 |
| ) | |
| Plaintiff ) | |
| ) | ORDER GRANTING |
| v. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING DATE |
| JOSEPH V. SANTOS, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

BASED UPON the stipulation of the parties, and good cause appearing therefrom, NOW, THEREFORE,

IT IS ORDERED that the sentencing in this matter is continued to **March 26, 2008, at 9:00 a.m.**

DATED this 20th day of February, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)