F I L E D
Clerk
District Court

MAR 19 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00025-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| JOSEPH V. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for March 26, 2008. It is requested that the sentencing date be moved to May 25, 2008. The Probation Officer requires additional time to investigate financial and restitution issues. The attorneys for the defendant and the government have no objection to the continuance.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Approved by:

_____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

Date: 3/19/08