UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

MAR 1 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH V. SANTOS,<br><br>Defendant. | Criminal Action No. 07-00025<br><br>Order Continuing Sentencing |

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
PMB 917, Box 10000
Saipan, M9 96950

Pursuant to the Request to Continue Sentencing Hearing filed by the United States Probation Officer, and the representation by counsel for the defendant and the government that they have no objection, it is HEREBY ORDERED that the Sentencing presently scheduled for Wednesday, March 26, 2008, is continued to Monday, June 2, 2008, at 9:00 a.m.

Dated this 19th day of March, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)