F I L E D
Clerk
District Court

MAY 29 2008

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00025-001 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **REQUEST TO CONTINUE** |
|  | ) **SENTENCING HEARING** |
| JOSEPH V. SANTOS, | ) |
| Defendant. | ) |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 2, 2008. The officer needs additional time to complete the Addendum to the presentence investigation report. The attorney for the defendant and the government have no objection to a continuance.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____         Date: 5/28/08
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist