F I L E D
Clerk
District Court

MAY 29 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00025-001 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO CONTINUE** |
| vs. ) | **SENTENCING HEARING** |
| ) | |
| JOSEPH V. SANTOS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based on the United States Probation Officer's request to continue Sentencing Hearing, **IT IS SO ORDERED** that the Sentencing Hearing currently scheduled for June 2, 2008 is hereby rescheduled to June 23, 2008 at 9:00 a.m.

SO ORDERED this 29th day of May, 2008.

_____
ALEX R. MUNSON
U.S. District Chief Judge