THOMPSON LAW OFFICE, LLC
Colin M. Thompson, Esq., CNMI Bar No. F0221
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00025 |
| Plaintiff, | NOTICE OF CONTINUANCE OF SENTENCING HEARING |
| vs. | |
| JOSEPH V. SANTOS, | Date: July 18, 2008<br>Time: 9:00am<br>Judge: Hon. Alex R. Munson |
| Defendant, | |

**COMES NOW**, Colin M. Thompson on behalf of the Defendant, Joseph V. Santos, to give notice of the continuance of the sentencing in this matter based on the agreement of the parties and concurrence of the Court.

The sentencing hearing shall be continued from June 23, 2008 at 9:00am to July 18, 2008 at 9:00am.

Respectfully submitted by:

Date: June 10, 2008                          THOMPSON LAW OFFICE LLC

                                             By:     /s/
                                                  Colin M. Thompson

1