UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUL 17 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH V. SANTOS,

Defendant.

Criminal Action No. 07-00025

Order Rescheduling Sentencing

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Colin M. Thompson
Attorney at Law
PMB 917, Box 10000
Saipan, M9 96950

The Sentencing for Joseph V. Santos scheduled for Friday, July 18, 2008, at 9:00 a.m., is rescheduled to 9:30 a.m., on the same date.

IT IS SO ORDERED.

Dated this 17th day of July, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)