UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-07-00025-001                                                    July 18, 2008
                                                                    9:55 a.m.

**UNITED STATES OF AMERICA -v- JOSEPH VINCENT SANTOS**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Courtroom Deputy
           BEVERLY MC CALLUM, Assistant U. S. Attorney
           COLIN THOMPSON, Counsel for Defendant
           JOSEPH VINCENT SANTOS, Defendant

PROCEEDING:   SENTENCING

  Defendant was present with his counsel, Attorney Colin Thompson. Government by Beverly McCallum, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

  Court stated that there were too many questions regarding the bank records that needed to be clarified.

  After consultation with both counsel, Court continued this hearing until September 16, 2008 at 9:00 a.m. so that the FBI could do research on the bank records.

  Court ordered that the Defendant remain at liberty under the same terms and conditions as previously.

            Adj. 10:10 a.m.

            /s/K. Lynn Lemieux, Courtroom Deputy