F I L E D
Clerk
District Court

SEP 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| United States of America, | ) | No.: CR 07 – 00025 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JOSEPH V. SANTOS, | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed the government's motion for the issuance of compulsory process in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Custodian of Records of Bulgari Corporation of America, a New York corporation, doing business in the United States and its possessions as Bulgari Retail U.S.A.-S.R.L., a foreign limited-liability company; Bulgari; Bvlgari; and bulgari.com, produce a listing of any and all purchases, dating back to January 1, 2003, of Joseph Vincent Santos, formerly of Saipan, MP 96950. This listing shall include the date of purchase, web site or store location, item description, price, and method of payment, for each purchase. The listing produced shall include, but not be limited to, records of the following, known transactions:

| Web Site or Store | Sale Amount | Sale Date |
|---|---|---|
| Bvlgari | $3,550.00 | 11-28-05 |
| Bvlgari | $2,630.00 | 12-2-05 |

Page **1** of 2

1    IT IS FURTHER ORDERED that these business records be provided on or before

2  October 1, 2008, via electronic mail to Special Agent Joseph E. Auther, Federal Bureau of

3  Investigation, Saipan, Commonwealth of the Northern Mariana Islands, at

4  fbisaipan@pticom.com, or by facsimile transmission to 1-(670) 322-6932 (telephone number

5  1-(670) 322-6934).

6    DATED this _12th_ day of September, 2008.

7

8                                    ALEX R. MUNSON

9                                    Chief Judge, United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25