F I L E D
Clerk
District Court

SEP 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

United States of America, )
                          )   No.: CR 07 – 00025
            Plaintiff,    )
                          )
       v.                 )   **ORDER**
                          )
                          )
JOSEPH V. SANTOS,         )
                          )
            Defendant.    )
                          )

Having reviewed the government's motion for the issuance of compulsory process in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Custodian of Records of Giorgio Armani Corporation, a New York corporation doing business as Emporio Armani, emporioarmani.com, Armani Exchange, armaniexchange.com, Giorgio Armani, and giorgioarmani.com, produce a listing of any and all purchases, dating back to January 1, 2003, of Joseph Vincent Santos, formerly of Saipan, MP 96950. This listing shall include the date of purchase, web site or store location, item description, price, and method of payment, for each purchase. The listing produced shall include, but not be limited to, records of the following, known transactions:

| Web Site or Store | Sale Amount | Sale Date |
|---|---|---|
| Giorgio Armani, Las Vegas, NV | $2,386.31 | 3-14-03 |
| Giorgio Armani, Costa Mesa, CA | $1,815.59 | 3-17-03 |
| Emporio Armani, Costa Mesa, CA | $543.06 | 4-11-03 |
| Giorgio Armani, Costa Mesa, CA | $1,524.66 | 4-11-03 |
| Giorgio Armani, Las Vegas, NV | $747.13 | 3-15-04 |
| Giorgio Armani, Las Vegas, NV | $3,929.13 | 3-15-04 |

| | | |
|---|---|---|
| Emporio Armani, Las Vegas, NV | $1,100.80 | 3-23-04 |
| Giorgio Armani, Costa Mesa, CA | $748.86 | 3-24-04 |
| Giorgio Armani, Costa Mesa, CA | $2,000.00 | 6-23-04 |
| Giorgio Armani, Costa Mesa, CA | $2,000.00 | 6-23-04 |
| Giorgio Armani, Costa Mesa, CA | $2,261.00 | 6-23-04 |
| Emporio Armani | $1,239.12 | 3-28-05 |
| Giorgio Armani, Costa Mesa, CA | $1,870.00 | 9-27-05 |
| Giorgio Armani, Costa Mesa, CA | $625.00 | 9-29-05 |
| Giorgio Armani, Costa Mesa, CA | $1,875.00 | 10-3-05 |
| Giorgio Armani, Costa Mesa, CA | $625.00 | 10-4-05 |
| Giorgio Armani, Costa Mesa, CA | $1,400.00 | 10-4-05 |
| Giorgio Armani, Costa Mesa, CA | $2,000.00 | 11-07-05 |
| Giorgio Armani, Costa Mesa, CA | $1,407.00 | 11-10-05 |

IT IS FURTHER ORDERED that these business records be provided on or before October 1, 2008, via electronic mail to Special Agent Joseph E. Auther, Federal Bureau of Investigation, Saipan, Commonwealth of the Northern Mariana Islands, at fbisaipan@pticom.com, or by facsimile transmission to 1-(670) 322-6932 (telephone number 1-(670) 322-6934).

DATED this 12TH day of September, 2008.

_____
ALEX R. MUNSON
Chief Judge, United States District Court