```
                                                        F I L E D
                                                           Clerk
                                                        District Court

                UNITED STATES DISTRICT COURT           SEP 12 2008

                NORTHERN MARIANA ISLANDS              For The Northern Mariana Islands
                                                      By_____
                                                              (Deputy Clerk)
```

| | |
|---|---|
| United States of America, ) | No.: CR 07 – 00025 |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JOSEPH V. SANTOS, ) | |
| Defendant. ) | |

Having reviewed the government's motion for the issuance of compulsory process in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Custodian of Records of Gucci America, Inc., a New York corporation doing business as Gucci; gucci.com; Bottega Veneta; bottegaveneta.com; Yves Saint Laurent; YSL; YSL Boutique; yvessaintlaurent.com; ysl.com; and Gucci Group Guam, Inc., a Guam corporation, produce a listing of any and all purchases, dating back to January 1, 2003, of Joseph Vincent Santos, formerly of Saipan, MP 96950. This listing shall include the date of purchase, web site or store location, item description, price, and method of payment, for each purchase. The listing produced shall include, but not be limited to, records of the following, known transactions:

//

//

| | Web Site or Store | Sale Amount | Sale Date |
|---|---|---|---|
| 1 | Bottega Veneta, Costa Mesa, CA | $678.83 | 3-12-03 |
| 2 | Bottega Veneta, Guam | $570.00 | 4-24-03 |
| 3 | Bottega Veneta, Costa Mesa, CA | $495.65 | 3-24-04 |
| | Bottega Veneta, Guam | $505.00 | 5-25-05 |
| 4 | Bottega Veneta, Guam | $1,350.00 | 5-25-05 |
| | Gucci, Guam | $1,556.00 | 2-15-03 |
| 5 | Gucci | $2,008.00 | 2-25-03 |
| | Gucci | $1,519.28 | 3-12-03 |
| 6 | Gucci, Guam | $1,416.00 | 5-1-03 |
| | Gucci, Guam | $300.00 | 5-19-03 |
| 7 | Gucci, Guam | $208.00 | 7-2-03 |
| | Gucci, Guam | $492.00 | 8-26-03 |
| 8 | Gucci, Bellagio | $376.25 | 3-16-04 |
| 9 | Gucci, Las Vegas | $2,182.25 | 3-16-04 |
| | Gucci, Costa Mesa, CA | $1,885.63 | 3-19-04 |
| 10 | Gucci, Guam | $648.00 | 4-8-04 |
| | Gucci, Guam | $2,592.00 | 9-8-04 |
| 11 | Gucci, Costa Mesa, CA | $50.00 | 11-19-04 |
| | Gucci, Costa Mesa, CA | $1,341.50 | 11-26-04 |
| 12 | Gucci, Costa Mesa, CA | $1,299.00 | 12-6-04 |
| | Gucci, Guam | $652.00 | 12-13-04 |
| 13 | Gucci, Costa Mesa, CA | $2,809.00 | 2-16-05 |
| | Gucci, Guam | $676.00 | 2-18-05 |
| 14 | Gucci, Guam | $328.00 | 3-4-05 |
| 15 | Gucci, Costa Mesa, CA | $430.00 | 3-23-05 |
| | Gucci, Costa Mesa, CA | $2,645.00 | 3-28-05 |
| 16 | Gucci, Costa Mesa, CA | $3,995.00 | 4-21-05 |
| | Gucci, Guam | $2,120.00 | 5-18-05 |
| 17 | Gucci, Guam | $1,278.00 | 7-6-05 |
| | Gucci, Guam | $900.00 | 8-31-05 |
| 18 | Gucci, Guam | $1,304.00 | 9-7-05 |
| | Gucci, Guam | $68.00 | 9-28-05 |
| 19 | Gucci, Guam | $236.00 | 10-26-05 |
| | Gucci, Guam | $958.00 | 12-2-05 |
| 20 | Gucci, Guam | $976.00 | 12-28-05 |
| 21 | Gucci, Costa Mesa, CA | $2,210.00 | 1-12-06 |
| | Gucci, Guam | $1,504.00 | 1-21-06 |
| 22 | Gucci, Guam | $610.00 | 1-25-06 |
| | Gucci, Costa Mesa, CA | $490.00 | 2-2-06 |
| 23 | Gucci, Costa Mesa, CA | $750.00 | 2-9-06 |
| | Gucci, Costa Mesa, CA | $470.00 | 2-17-06 |
| 24 | Gucci, Costa Mesa, CA | $470.00 | 2-21-06 |
| | Gucci, Costa Mesa, CA | $1,385.00 | 3-10-06 |
| 25 | Gucci, Costa Mesa, CA | $2,215.00 | 3-10-06 |

| # | Vendor | Amount | Date |
|---|---|---|---|
| 1 | Gucci, Costa Mesa, CA | $740.00 | 3-15-06 |
|   | YSL, Costa Mesa, CA | $350.19 | 3-12-03 |
| 2 | YSL, Costa Mesa, CA | $3,889.78 | 3-12-03 |
|   | YSL, Costa Mesa, CA | $2,090.35 | 3-17-03 |
| 3 | YSL Costa Mesa, CA | $420.23 | 3-17-03 |
| 4 | YSL Costa Mesa, CA | $1,917.95 | 3-20-03 |
|   | YSL Costa Mesa, CA | $377.13 | 3-20-03 |
| 5 | YSL Costa Mesa, CA | $6,635.20 | 3-25-03 |
|   | YSL Costa Mesa, CA | $1,367.60 | 3-26-03 |
| 6 | YSL, Costa Mesa, CA | $1,495.00 | 4-2-03 |
|   | YSL, Costa Mesa, CA | $560.00 | 4-3-03 |
| 7 | YSL, Costa Mesa, CA | $2,525.00 | 4-14-03 |
|   | YSL, Costa Mesa, CA | $1,100.00 | 4-16-03 |
| 8 | YSL, Costa Mesa, CA | $265.00 | 4-16-03 |
| 9 | YSL Costa Mesa, CA | $2,100.00 | 5-8-03 |
|   | YSL Costa Mesa, CA | $2,365.00 | 5-8-03 |
| 10 | YSL Costa Mesa, CA | $1,885.00 | 5-8-03 |
|   | YSL, Costa Mesa, CA | $550.00 | 5-8-03 |
| 11 | YSL, Costa Mesa, CA | $725.00 | 5-21-03 |
|   | YSL, Costa Mesa, CA | $813.00 | 5-31-03 |
| 12 | YSL, Costa Mesa, CA | $1,000.00 | 5-31-03 |
|   | YSL, Costa Mesa, CA | $1,500.00 | 5-31-03 |
| 13 | YSL, Costa Mesa, CA | $475.00 | 6-12-03 |
|   | YSL, Costa Mesa, CA | $3,155.00 | 7-16-03 |
| 14 | YSL, Costa Mesa, CA | $2,000.00 | 7-16-03 |
|   | YSL, Costa Mesa, CA | $560.00 | 7-21-03 |
| 15 | YSL, Costa Mesa, CA | $555.00 | 7-28-03 |
| 16 | YSL, Costa Mesa, CA | $555.00 | 7-30-03 |
|   | YSL, Costa Mesa, CA | $2,000.00 | 8-13-03 |
| 17 | YSL, Costa Mesa, CA | $2,000.00 | 8-13-03 |
|   | YSL, Costa Mesa, CA | $2,700.00 | 8-13-03 |
| 18 | YSL, Costa Mesa, CA | $7,095.00 | 9-3-03 |
|   | YSL, Costa Mesa, CA | $480.00 | 9-24-03 |
| 19 | YSL, Costa Mesa, CA | $480.00 | 9-24-03 |
|   | YSL, Costa Mesa, CA | $165.00 | 9-24-03 |
| 20 | YSL, Costa Mesa, CA | $1,960.00 | 10-3-03 |
|   | YSL, Costa Mesa, CA | $640.00 | 10-3-03 |
| 21 | YSL, Costa Mesa, CA | $295.00 | 10-4-03 |
| 22 | YSL, Costa Mesa, CA | $7,325.00 | 1-29-04 |
|   | YSL, Costa Mesa, CA | $1,930.00 | 7-27-04 |
| 23 | YSL, Costa Mesa, CA | $1,500.00 | 7-27-04 |
|   | YSL Boutique, Costa Mesa, CA | $2,625.00 | 9-7-04 |
| 24 | YSL Boutique, Costa Mesa, CA | $920.00 | 9-20-04 |
|   | YSL Boutique, Costa Mesa, CA | $3,825.00 | 10-18-04 |
| 25 | YSL Boutique, Costa Mesa, CA | $3,245.00 | 10-28-04 |

| | | |
|---|---|---|
| YSL Boutique, Costa Mesa, CA | $1,990.00 | 10-29-04 |
| YSL Boutique, Costa Mesa, CA | $470.00 | 12-13-04 |
| YSL Boutique, Costa Mesa, CA | $415.00 | 12-20-04 |
| YSL Boutique, Costa Mesa, CA | $2,170.00 | 12-20-04 |
| YSL Boutique, Costa Mesa, CA | $1,510.00 | 2-14-05 |
| YSL, Costa Mesa, CA | $2,295.00 | 10-19-05 |
| YSL, Costa Mesa, CA | $393.29 | 11-22-05 |

IT IS FURTHER ORDERED that these business records be provided on or before October 1, 2008, via electronic mail to Special Agent Joseph E. Auther, Federal Bureau of Investigation, Saipan, Commonwealth of the Northern Mariana Islands, at fbisaipan@pticom.com, or by facsimile transmission to 1-(670) 322-6932 (telephone number 1-(670) 322-6934).

DATED this 12TH day of September, 2008.

ALEX R. MUNSON
Chief Judge, United States District Court