F I L E D
Clerk
District Court

SEP 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| United States of America, | ) | No.:  CR 07 – 00025 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JOSEPH V. SANTOS, | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed the government's motion for the issuance of compulsory process in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Custodian of Records of Kenneth Cole Productions, Inc., a New York corporation doing business as Kenneth Cole, Kenneth Cole New York, and kennethcole.com, produce a listing of any and all purchases, dating back to January 1, 2003, of Joseph Vincent Santos, formerly of Saipan, MP 96950.  This listing shall include the date of purchase, store location or web site, item description, price, and method of payment, for each purchase.  The listing produced shall include, but not be limited to, records of the following, known transactions:

| Store | Sale Amount | Sale Date |
|---|---|---|
| Kenneth Cole, Las Vegas, NV | $510.48 | 3-13-03 |
| Kenneth Cole | $192.79 | 9-10-03 |
| Kenneth Cole | $282.88 | 3-29-05 |

1    IT IS FURTHER ORDERED that these business records be provided on or before

2  October 1, 2008, via electronic mail to Special Agent Joseph E. Auther, Federal Bureau of

3  Investigation, Saipan, Commonwealth of the Northern Mariana Islands, at

4  fbisaipan@pticom.com, or by facsimile transmission to 1-(670) 322-6932 (telephone number

5  1-(670) 322-6934).

6    DATED this *12* ᵗᵗʰ day of September, 2008.

7

8                                        ALEX R. MUNSON
                                         Chief Judge, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25