F I L E D
Clerk
District Court

SEP 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>JOSEPH V. SANTOS,<br><br>             Defendant. | No.: CR 07 – 00025<br><br>**ORDER** |

      Having reviewed the government's motion for the issuance of compulsory process in this case, and good cause appearing,

      IT IS HEREBY ORDERED that the Custodian of Records of Saks Incorporated, a Tennessee corporation doing business as Sak's Fifth Avenue and saks.com, produce a listing of any and all purchases, dating back to January 1, 2003, of Joseph Vincent Santos, formerly of Saipan, MP 96950. This listing shall include the date of purchase, web site or store location, item description, price, and method of payment, for each purchase. The listing produced shall include, but not be limited to, records of the following, known transactions:

| Store or Website | Sale Amount | Sale Date |
|---|---|---|
| Sak's Fifth Avenue, Costa Mesa, CA | $506.43 | 3-11-03 |
| Sak's Fifth Avenue | $1,278.00 | 3-14-04 |
| Sak's Fifth Avenue | $425.00 | 3-14-04 |
| Sak's Fifth Avenue | $277.00 | 4-23-04 |
| Sak's Fifth Avenue | $259.00 | 5-10-04 |
| Sak's Fifth Avenue | $259.00 | 5-10-04 |
| Sak's Fifth Avenue | $210.00 | 5-12-04 |
| Sak's Fifth Avenue | $309.00 | 10-29-04 |

| | | |
|---|---|---|
| Sak's Fifth Avenue | $635.00 | 3-28-05 |

IT IS FURTHER ORDERED that these business records be provided on or before October 1, 2008, via electronic mail to Special Agent Joseph E. Auther, Federal Bureau of Investigation, Saipan, Commonwealth of the Northern Mariana Islands, at fbisaipan@pticom.com, or by facsimile transmission to 1-(670) 322-6932 (telephone number 1-(670) 322-6934).

DATED this 12TH day of September, 2008.

*[signature]*
ALEX R. MUNSON
Chief Judge, United States District Court