F I L E D
Clerk
District Court

SEP 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| United States of America, | No.: CR 07 – 00025 |
| Plaintiff, | |
| v. | **ORDER** |
| JOSEPH V. SANTOS, | |
| Defendant. | |

Having reviewed the government's motion for the issuance of compulsory process in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Custodian of Records of Williams-Sonoma, Inc., a California corporation doing business as Williams-Sonoma; williams-sonoma.com; Pottery Barn, Inc., a California corporation; Pottery Barn; and potterybarn.com, produce a listing of any and all purchases, dating back to January 1, 2003, of Joseph Vincent Santos, formerly of Saipan, MP 96950. This listing shall include the date of purchase, web site or store location, item description, price, and method of payment, for each purchase. The listing produced shall include, but not be limited to, records of the following, known transactions:

| Store or Website | Sale Amount | Sale Date |
|---|---|---|
| Pottery Barn | $107.80 | 1-4-03 |
| Pottery Barn | $152.90 | 2-14-03 |
| Pottery Barn | $59.00 | 5-6-03 |
| Pottery Barn | $165.00 | 6-20-03 |
| Pottery Barn | $960.30 | 8-1-03 |
| Pottery Barn | $235.87 | 8-12-03 |

| | | |
|---|---|---|
| Pottery Barn | $115.00 | 8-12-03 |
| Pottery Barn | $82.00 | 8-15-03 |
| Pottery Barn | $369.20 | 9-24-03 |
| Pottery Barn | $510.40 | 4-15-04 |
| Pottery Barn | $152.90 | 5-3-04 |
| Pottery Barn | $63.80 | 6-4-04 |
| Pottery Barn | $85.80 | 6-4-04 |
| Pottery Barn | $163.90 | 6-14-04 |
| Pottery Barn | $85.80 | 1-19-05 |
| Pottery Barn | $273.90 | 1-21-05 |
| Williams Sonoma | $614.94 | 4-9-03 |
| Williams Sonoma | $126.00 | 7-16-03 |
| Williams Sonoma | $206.23 | 7-16-03 |
| Williams Sonoma | $52.50 | 3-29-04 |
| Williams Sonoma | $1,214.17 | 3-29-04 |
| Williams Sonoma | $365.19 | 5-20-04 |
| Williams Sonoma | $298.59 | 5-25-04 |
| Williams Sonoma | $643.74 | 6-29-04 |
| Williams Sonoma | $131.45 | 9-17-04 |
| Williams Sonoma | $49.00 | 9-20-04 |
| Williams Sonoma | $114.50 | 9-20-04 |
| Williams Sonoma | $121.99 | 10-8-04 |
| Williams Sonoma | $276.39 | 10-12-04 |
| Williams Sonoma | $150.45 | 10-12-04 |
| Williams Sonoma | $146.40 | 12-17-04 |
| Williams Sonoma | $421.69 | 2-22-05 |
| Williams Sonoma | $287.49 | 7-25-05 |
| Williams Sonoma | $275.28 | 12-21-05 |
| Williams Sonoma | $80.50 | 2-2-06 |
| Williams Sonoma | $37.45 | 2-2-06 |

IT IS FURTHER ORDERED that these business records be provided on or before October 1, 2008, via electronic mail to Special Agent Joseph E. Auther, Federal Bureau of Investigation, Saipan, Commonwealth of the Northern Mariana Islands, at fbisaipan@pticom.com, or by facsimile transmission to 1-(670) 322-6932 (telephone number 1-(670) 322-6934).

DATED this 12TH day of September, 2008.

_____
ALEX R. MUNSON
Chief Judge, United States District Court

## WILLIAMS SONOMA BRAND PURCHASES

| | | |
|---|---|---|
| Pottery Barn | $107.80 | 1-4-03 |
| Pottery Barn | $152.90 | 2-14-03 |
| Pottery Barn | $59.00 | 5-6-03 |
| Pottery Barn | $165.00 | 6-20-03 |
| Pottery Barn | $960.30 | 8-1-03 |
| Pottery Barn | $235.87 | 8-12-03 |
| Pottery Barn | $115.00 | 8-12-03 |
| Pottery Barn | $82.00 | 8-15-03 |
| Pottery Barn | $369.20 | 9-24-03 |
| Pottery Barn | $510.40 | 4-15-04 |
| Pottery Barn | $152.90 | 5-3-04 |
| Pottery Barn | $63.80 | 6-4-04 |
| Pottery Barn | $85.80 | 6-4-04 |
| Pottery Barn | $163.90 | 6-14-04 |
| Pottery Barn | $85.80 | 1-19-05 |
| Pottery Barn | $273.90 | 1-21-05 |
| Williams Sonoma | $614.94 | 4-9-03 |
| Williams Sonoma | $126.00 | 7-16-03 |
| Williams Sonoma | $206.23 | 7-16-03 |
| Williams Sonoma | $52.50 | 3-29-04 |
| Williams Sonoma | $1,214.17 | 3-29-04 |
| Williams Sonoma | $365.19 | 5-20-04 |
| Williams Sonoma | $298.59 | 5-25-04 |
| Williams Sonoma | $643.74 | 6-29-04 |
| Williams Sonoma | $131.45 | 9-17-04 |
| Williams Sonoma | $49.00 | 9-20-04 |
| Williams Sonoma | $114.50 | 9-20-04 |
| Williams Sonoma | $121.99 | 10-8-04 |
| Williams Sonoma | $276.39 | 10-12-04 |
| Williams Sonoma | $150.45 | 10-12-04 |
| Williams Sonoma | $146.40 | 12-17-04 |
| Williams Sonoma | $421.69 | 2-22-05 |
| Williams Sonoma | $287.49 | 7-25-05 |
| Williams Sonoma | $275.28 | 12-21-05 |
| Williams Sonoma | $80.50 | 2-2-06 |
| Williams Sonoma | $37.45 | 2-2-06 |

**Approx. Total**        $ 9,197.52