Colin M. Thompson, Esq.
THOMPSON LAW OFFICE, LLC
J.E. Tenorio Building
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendant*

F I L E D
Clerk
District Court

SEP 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 07-00025 |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING HEARING and |
| | ) [~~PROPOSED~~] ORDER |
| JOSEPH V. SANTOS. | ) |
| | ) Date: September 16, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Alex R. Munson |

**COMES NOW**, Colin M. Thompson on behalf of the Defendant, Joseph V. Santos and Beverly R. McCallum from United States Attorney's Office on behalf of the Plaintiff, United States of America, to stipulate, that the Sentencing hearing presently scheduled for **September 16, 2008 at 9:00 a.m**. shall be continued to **October 24, 2008** at **9:00 a.m.** Both parties have diligently worked to acquire all the information requested by the Court. Compilations of the requested information are not complete.

1

Respectfully submitted by:

/s/
**COLIN M. THOMPSON, ESQ.**
Attorney for Defendant

/s/
**BEVERLY MCCAIN, ESQ.**
Assistant United States Attorney

## ORDER

**GOOD CAUSE SHOWN** based upon the stipulation of the parties, the sentencing hearing is hereby continued to **October 24, 2008** at **9:00 a.m.**

Dated this 15TH day of September, 2008.

Hon. Alex R. Munson
District Court Judge